| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Mike Panigirakis** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1697** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter  **11**   **12/1/15** |
| Case number:   **15–40921** | | |

Official Form 309E (For Individuals or Joint Debtors)
## Notice of Chapter 11 Bankruptcy Case          12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's full name** | Mike Panigirakis | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 6435 Tower Court <br> Lincolnwood, IL 60712 | |
| 4. **Debtor's attorney** <br> Name and address | Jonathan D. Golding <br> The Golding Law Offices, P.C. <br> 500 N. Dearborn St., 2nd Fl. <br> Chicago, IL 60654 | Contact phone  312–832–7892 <br> Email: jgolding@goldinglaw.net |
| 5. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br> Contact phone  1–866–222–8029 <br> Date: 12/3/15 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.<br>Creditors may attend, but are not required to do so. | **January 5, 2016 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 802, Chicago, IL 60604** |
| **7. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 3/7/16** |
| | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **8. Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-40921-JPC
Mike Panigirakis                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: ckeith    Page 1 of 1    Date Rcvd: Dec 03, 2015
                        Form ID: 309E   Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2015.
```
db              +Mike Panigirakis,    6435 Tower Court,    Lincolnwood, IL 60712-4207
23987410        +Byline Bank,    c/o Robbins Salomon & Patt Ltd.,    180 N. LaSalle St. #3300,
                  Chicago, IL 60601-2808
23987414        +Diana Psarras,    Robbins Salomon & Patt Ltd.,    180 N. LaSalle St. #3300,
                  Chicago, IL 60601-2808
23987415       #+Frontline Real Estate Partners LLC,    707 Skokie Blvd.,    Northbrook, IL 60062-2855
23987416        +High Ridge Partners,    140 S. Dearborn St. #420,    Chicago, IL 60603-5233
23987418        +MB Financial Bank NA,    c/o Shaw Fishman Glantz Towbin,    321 N. Clark #800,
                  Chicago, IL 60654-4766
23987417        +Marian Bojakowski, Maria Mihilewicz,    6559 W. George Street, Unit 517,
                  Chicago, IL 60634-5056
23987419         Nordstrom Bank Co. Service Ctr.,    PO Box 6555,    Englewood, CO 80155-6555
23987421        +PF California LLC,    Attn: Tony Rufo,    PO Box 729,    Broomall, PA 19008-0729
23987422        +Sandy Murad,    11660 German Church Road,    Burr Ridge, IL 60527-6424
23987424        +Teresa Micko,    6559 W. George Street, Unit 403,    Chicago, IL 60634-5054
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: jgolding@goldinglaw.net Dec 04 2015 01:17:11     Jonathan D. Golding,
                  The Golding Law Offices, P.C.,    500 N. Dearborn St., 2nd Fl.,    Chicago, IL  60654
23987411         EDI: CAPITALONE.COM Dec 04 2015 00:48:00      Capital One Bank ( USA ) N.A.,
                  Bankruptcy Notices,    PO Box 30285,    Salt Lake City, UT 84130-0285
23987412        +EDI: CHASE.COM Dec 04 2015 00:48:00      Chase,   Correspondence Dept,    Po Box 15298,
                  Wilmington, DE 19850-5298
23987413        +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 04 2015 01:18:53      Cook County Treasurer,
                  118 N. Clark St., Suite 112,    Chicago, IL 60602-1590
23987420         E-mail/Text: bnc@nordstrom.com Dec 04 2015 01:17:47     Nordstrom Visa,    Bankruptcy Dept.,
                  PO BOX 79137,    Phoenix, AZ 85062-9137
23987425         EDI: USBANKARS.COM Dec 04 2015 00:49:00      US Bank Bankruptcy Dept.,    P.O. Box 5229,
                  Cincinnati, OH 45201
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23987423         Selco Industries
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2015                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2015 at the address(es) listed below:
```
              Jonathan D. Golding    on behalf of Debtor 1 Mike  Panigirakis jgolding@goldinglaw.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 2
```