## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **15-40921** |
| | ) | **Chapter 11** |
| **Mike Panigirakis** | ) | **Judge Cox** |
| **Debtor** | ) | |
| | ) | **Hearing Date: December 22, 2015** |
| | ) | **Hearing Time:      9:30 a.m.** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, December 22, 2015 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge, in Room 680, United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604 or any other Judge sitting in her stead, and shall then and there present *Byline Bank's Motion to Modify the Automatic Stay* a copy of which is herewith served upon you.

**BYLINE BANK**

BY:   /s/ Richard H. Fimoff_____
One of its attorneys

Richard H. Fimoff (#804886)
Vincent T. Borst (#6192904)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0185
rfimoff@rsplaw.com
vborst@rsplaw.com

<u>CERTIFICATE OF SERVICE</u>

Richard H. Fimoff an attorney, certifies that on the 10th day of December, 2015, he caused the foregoing ***Byline Bank's Request of Party Purusant to Bankruptcy Rule 2002(g) Providing Address For Service of Notices*** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all registered ECF users in this case, and by U. S. Mail, postage prepaid, as indicated on the attached listing.

<u>/s/ Richard H. Fimoff</u>

Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0185
<u>rfimoff@rsplaw.com</u>

2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **15-40921** |
| | ) | **Chapter 11** |
| **Mike Panigirakis** | ) | **Judge Cox** |
| **Debtor** | ) | |
| | ) | **Hearing Date: December 22, 2015** |
| | ) | **Hearing Time:      9:30 a.m.** |

### BYLINE BANK'S MOTION TO MODIFY THE AUTOMATIC STAY

Byline f/k/a North Community Bank, successor by merger with Mertrobank, successor by merger with Chicago Community Bank ("Byline"), by its undersigned counsel, pursuant to 11 U.S.C. § 362(d)(2), moves this Honorable Court for an order modifying the automatic stay herein for cause, to permit resumption of Byline's foreclosure proceeding against certain real property the Debtor claims an interest in. In support of the motion, Byline respectfully states as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334.

2.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.     The statutory predicates for relief requested herein are Section 362(d)(2) of the Bankruptcy Code and Bankruptcy Rule 2004.

5.     The relief requested is being timely and properly presented to this Court pursuant to Bankruptcy Rule 4001(a).

### RELEVANT FACTS AND BACKGROUND

11R475602                                    1

6.     On December 1, 2015, a voluntary bankruptcy petition was filed by Mike Panigirakis

("Mike" or the "Debtor") pursuant to Chapter 11 of the Bankruptcy Code. No Trustee has been

appointed and pursuant to Section 1107 of the Bankruptcy Code, the Debtor continues in

position of his property and to operate his business as debtor in possession.

7.     Byline is the owner and holder of a promissory note, as modified, dated November 18,

2005, made by Emmanuel Panigirakis, the late father of the Debtor, in the original principal

amount of $2,710,000.00, and with additional principal of $1,445,717.30 being subsequently

advanced, for a total of 4,155,717.30, plus accrued interest, fees and costs. (the "Indebtedness").

8.     The Indebtedness is secured by, among other things a mortgage on certain real property,

commonly known as 4249 W. Diversey and 4308-4314 W. Diversey, Chicago, Illinois (the

"Byline Collateral").

9.     Prior to the commencement of this case Emmanel Panigirakis died.  A probate estate for

Emmanuel Panigirakis was opened in the Circuit Court of Cook County, Illinois, as Case No. 15

P 3109 (the "Probate Case") and Helen Panigirakis, Emmanuel Panigirakis' widow, was

appointed Independent Administrator of the Estate of Emmanuel Panigrakis, and is the

representative of the probate estate.

10.     Legal title to the Byline Collateral was held by Emmanuel Panigirakis until his death.

Among the assets in Emmanuel Panigiraki's probate estate are multiple parcels of real estate,

including the Byline Collateral.  Attached hereto as Exhibit A. is a copy of the Inventory filed in

the Probate Case.

11.     Prior to the commencement of this case, Byline had filed in the Circuit Court of Cook

County Illinois, County Department, Chancery Division, its Amended Verified Complaint To

Foreclose Mortgage and For Other Relief, seeking to foreclose the Byline Collateral, entitled :

"Helen Panigirakis, as Independent Administrator of the Estate of Emmanuel

Panigirakis; Helen Panigirakis, individually; Joseph Panigirakis; Maria

Sourmelis; Mike Emmanuel Panigirakis; Gallo Carpet & Flooring, LLC;

Premier Carpet Service, Inc.; G & N Imports; Amsco/Valley Forge; Maranatha

World Revival Ministries; California Floor Coverings, Inc.; Illinois Department

Of Revenue; Unknown Claimants Against The Estate Of Emmanuel Panigirakis,

Deceased; Unknown Owners; and Nonrecord Claimants", Case No. 15CH13078

(the "Foreclosure").

Attached hereto as Exhibit B. is a copy of Byline's amended foreclosure complaint.

12.      Mike, in his schedule A/B Property (Official Form 106A/B) has claimed that he has a

"future interest" in among other things, the Properties including the Byline Collateral.  Attached

hereto as Exhibit C. is a copy of Mike's Schedule A/B Property.

13.      Mike, in his Schedule B104, has listed Byline as a non-contingent, non-disputed,

liquidated creditor in an "unknown" amount. Attached hereto as Exhibit D. is a copy of Mike's

Schedule B104.

14.      Mike is not indebted to Byline in any amount.  Byline has never done business with Mike

and holds no claims against Mike relating to the Indebtedness.


## BYLINE'S COLLATERAL, IF PROPERTY OF THE ESTATE, IS SUBJECT TO THE PROBATE EXCEPTION TO THIS COURT'S JURISDICTION

15.      Although this Court determines what is property of this bankruptcy estate, the nature

and extent of Mike's legal and equitable interests in property are determined by state law.

*Butner v. United States*, 440 U.S. 48, 55 (1979). When Mike's petition was filed, the Probate

Case was already pending.

16.     Mike's interest in the Properties, if any, is subject to the claims of, among others, Byline

against the decedent, Emmanuel Panigirakis.  Heirs or devisees of real estate take title thereto

subject to the demands, debts or claims legally filed and allowed against the estate, and may sell

and convey their interests without hindrance. *Anderson v. Shepard*, 285 Ill. 544, 121 N.E. 215;

*Noe v. Moutray*, 170 Ill. 169, 48 N.E. 709; *Burr v. Bloemer*, 174 Ill. 638, 51 N.E. 821; Alward v.

Borah, 381 Ill. 134, 136, 44 N.E.2d 865, 867 (1942). Heirs or devisees do not take an absolute

interest in land of ancestor, but take subject to payment of debts of ancestor.  *Peters v. Peters,*

App.1950, 96 N.E.2d 369, 342 Ill.App. 270.

17.     Byline does not believe that its Collateral is property of this bankruptcy estate and

does not believe that the Byline Collateral is subject to the automatic stay of Section 362 of

the Bankruptcy Code.  However, in light of the Debtor's scheduling a "future interest" in the

Byline Collateral, Byline in an overabundance of caution has filed this motion seeking

modification of the automatic stay to allow it to pursue its pending Foreclosure.  Byline seeks

no monetary relief against the Debtor in the Foreclosure.

18.     Further, assuming arguendo that the Byline Collateral is property of this bankruptcy

estate this Court's jurisdiction over the Byline Collateral is limited by the "probate

exception". See, *Marshall v. Marshall,* 547 U.S. 293, 126 S.Ct. 1735, 164 L.Ed.2d 480

(2006).

19.     The Ninth Circuit Court of Appeals succinctly described the scope of the "probate

exception as follows: "As explained in *Marshall v. Marshall*, 547 U.S. 293, 126 S.Ct. 1735,

164 L.Ed.2d 480 (2006), the probate exception to bankruptcy jurisdiction applies to claims

against the res in the custody of the state court and to matters internal to the probate of the

will." *MacMullin v. Poach*, 377 Fed. Appx. 711 (9th Cir. 2010).

20.     The First Circuit B.A.P. case of *In re Garcia*, 507 B.R. 32 (B.A.P. 1st Cir. 2014), is

factually similar to this case.   In *Garcia*, the bankruptcy trustee asked the bankruptcy court to

determine the debtors' interest in sale proceeds from properties held by a probate estate, and

(2) to order the turnover of the proceeds from the probate estate. Both the properties and the

sale proceeds had, at all times, remained in the probate estate under the jurisdiction of the

probate court. The *Garcia* court found that the probate assets remained a part of the probate

estate, never became property of the Debtors, and therefore never became property of their

bankruptcy estate. The court concluded that "[a]t most, the Debtors owned a right to

distribution of a fraction of the hereditary estate; until the funds are distributed, the Debtors

and their bankruptcy estate have no property interest in the funds themselves. Therefore, the

funds in question are not property of the bankruptcy estate." 507 B.R. at 43.

21.     Here, as in *Garcia*, the Byline Collateral is, and was prior to the commencement of

this case, part of Emmanuel Panigirakis' probate estate, and therefore not property of Mike

and not property of his bankruptcy estate. See also: *In re Nalley*, 507 B.R. 411, 416 (Bankr.

S.D. Ga. 2014); *In re Ortega*, 14-06449 BKT, 2014 WL 5488326, at *3 (Bankr. D.P.R. Oct.

29, 2014). Further, like the debtor in *Garcia*, at best Mike has a right to a possible future

distribution from his father's probate estate. However, until that possible distribution is

distributed to Mike, neither he nor his bankruptcy estate have no property interest in the funds

themselves.

## BYLINE IS ENTITLED TO HAVE THE AUTOMATIC STAY MODIFIED TO ALLOW IT TO FORECLOSE ITS MORTGAGE

22.     In the alternative, assuming this Court determines that the automatic stay applies to the

Byline Collateral, Section 362 of the Bankruptcy Code authorizes a party to obtain relief from

the automatic stay for "cause" or in the case of actions against property if the debtor has no equity in the property and the property is not necessary for a reorganization. 11 U.S.C. § 362(d)(1).

23.     As discussed above, and as acknowledged by the Debtor, Mike's interest in the Byline Collateral, is at best merely a future expectation of an interest of unknown value in property which is part of the probate estate of Emmanuel Panigirakis, and is, as a matter of state law, subject to the Indebtedness and Byline's mortgage.  On information and belief the value of the Byline Collateral is substantially less than the Indebtedness and there exists no equity in the Byline Collateral.

24.     Although this Court determines what is property of this bankruptcy estate, the nature and extent of Mike's legal and equitable interests in property are determined by state law. *Butner v. United States*, 440 U.S. 48, 55 (1979).

25.     Under Illinois law, Mike's interest in the Byline Collateral, if any, is subject and subordinate to Byline's mortgage and its claims against the probate estate. *Anderson*, supra. As such, Byline's secured indebtedness is superior to, and must be satisfied prior to distribution to Mike of the residual interest or equity, if any.  Accordingly, only Mike's residual interest is available for reorganization purposes and Byline's foreclosure will not affect that residual interest.  Therefore, the portion of the Byline Collateral subject to Byline's claims is not part of Mike's residual interest and is not available for Mike's use; therefore it cannot be necessary for an effective reorganization.

26.     Subject to the probate exception discussed above, this court has exclusive jurisdiction over property of the bankruptcy estate.  However, Byline seeks to enforce its rights against

Emmanuel Panigirakis's probate estate and its property, not against the Debtor or this bankruptcy estate's property.

27.    Byline asserts that the probate exception deprives the bankruptcy court of jurisdiction over the assets of the probate estate of Emmanuel Panigirakis, including the Byline Collateral, and that Byline can proceed to enforce its rights against its collateral without violation of the automatic stay, or in the alternative Byline is entitled to have the automatic stay modified herein as the Debtor interest in the Byline Collateral has no value and is not necessary for an effective reorganization.

28.    In accordance with Local Rule 9013-1C(5) a proposed order is attached hereto as Exhibit E.

WHEREFORE, Byline Bank, respectfully requests that this Court enter an order modifying the automatic stay herein to allow:

1. Byline to take such actions as are necessary to resume and complete its Foreclosure against the real estate commonly known as 4249 W. Diversey and 4308-4314 W. Diversey, Chicago, Illinois;

2. Byline to name the Debtor as a necessary party defendant in the Foreclosure, provided it will seek no deficiency against the Debtor;

3. the Illinois state foreclosure court to determine Byline's rights in said real property; and,

4. Byline such other and further relief this court deems just.

Respectfully submitted,

**BYLINE BANK,**


BY: /s/ Richard H. Fimoff
One of its attorneys

Richard H. Fimoff (#804886)
Vincent T. Borst (#6192904)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL 60601
312-456-0185
rfimoff@rsplaw.com

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – PROBATE DIVISION

| | |
|---|---|
| ESTATE OF | ) |
| | ) |
| EMMANUEL PANIGIRAKIS, | )   NO.  2015 P 003109 |
| | ) |
| Deceased | |

### VERIFIED INVENTORY

HELEN PANIGIRAKIS, as Independent Administrator of the Estate of Emmanuel Panigirakis, Deceased, submits this inventory of the decedent's estate as of February 4, 2015, the date of death of decedent, including the real and personal property of the decedent which has come to her knowledge and which is subject to the administration in the estate.

### REAL ESTATE

| Item NO. | DESCRIPTION | VALUE |
|---|---|---|
| 1 | 4306-4314 W. Diversey and 4929 West Diversey, Chicago, IL<br><br>FORECLOSURE PROCEEDING PENDING IN CIRCUIT COURT AS CASE NUMBER 2015CH13078 FILED September 1, 2015 BY BYLINE BANK<br><br>On information and belief, the mortgage likely exceeds the property's current market value. | Unknown |
| 2 | 2901-2913 N. Pulaski, Chicago, IL<br><br>FORECLOSURE PROCEEDING PENDING IN CIRCUIT COURT AS CASE NUMBER 14CH12427 FILED July 30, 2014 BY MB FINANCIAL BANK<br><br>On information and belief, the mortgage likely exceeds the property's current market value. | Unknown |
| 3 | 2701-2755 N. California, Chicago, IL<br><br>FORECLOSURE PROCEEDING PENDING IN CIRCUIT COURT AS CASE NUMBER 14CH05125 FILED MARCH 25,2014 BY MB FINANCIAL BANK | Unknown |

| | | |
|---|---|---|
| | On information and belief, the mortgage likely exceeds the property's current market value. | |
| | Annual Income from above real estate (net per decedent's 2014 draft income tax return) | 96,000.00 |

## CORPORATION

| 4 | Sole Shareholder in California Floor Coverings, Inc., an Illinois corporation | Unknown |
|---|---|---|

## PERSONAL PROPERTY

| 5 | Miscellaneous items of personal property, including clothing and leased automobile | $1,000.00 |
|---|---|---|

## BANK ACCOUNTS
None

## PRIOR TRANSFERS NOT INCLUDED IN ESTATE

Prior to his death the decedent made the following transfers:

| Transfer Date | Property Transferred | Transferee |
|---|---|---|
| August 14, 2014 | 6559 W. George St. #417, Chicago, IL 60634 | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 6559 W. George St. #503, Chicago, IL 60634 | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 6559 W. George St. #517, Chicago, IL 60634 | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 6559 W. George St. #403, Chicago, IL 60634 | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 4316 W. Diversey Ave., Chicago, IL 60639 (vacant property) | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 4318 W. Diversey Ave., Chicago, IL 60639 (vacant property) | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 |

| | | recorded 09/23/2014 |
|---|---|---|
| August 14, 2014 | 4322 W. Diversey Ave., Chicago, IL 60639 (vacant property) | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| August 14, 2014 | 4324 W. Diversey Ave., Chicago, IL 60639 (vacant property) | Chicago Title and Trust As Trustee under Trust Agreement #8002365677 recorded 09/23/2014 |
| July 14, 2008 | 6435 Tower Court, Lincolnwood, IL 60712<br><br>Marital residence previously held in tenancy by the entireties | Chicago Title and Trust as Trustee under Trust Agreement 8002351272 recorded 08/13/2008 |

These properties are not properly included in the estate, and have been identified in this Inventory for informational purposes only.

*Signature Page Follows*

DATED: November 12, 2015

Respectfully submitted

**HELEN PANIGIRAKIS**

### Verification

HELEN PANIGIRAKIS under penalties of perjury as provided in 735 ILCS 5/1-109 states that she is the duly appointed Independent Administrator of the Estate of Emmanuel Panigirakis, deceased, that she has read and signed the foregoing Inventory, that she knows the contents thereof and that the same is true and correct to the best of her information and belief.

**HELEN PANIGIRAKIS**

Atty. No. 35986
Donald W. Devitt
Scopelitis Garvin Light Hanson & Feary
Attorney for Petitioner, Helen Pangirakis
30 West Monroe Street – Suite 600
Chicago, IL 60603
312-255-7200

4849-7805-5722, v. 2

# EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

BYLINE BANK f/k/a North Community Bank,　　)
successor by merger with Metrobank, successor　)
by merger with Chicago Community Bank,　　　)
　　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
HELEN PANIGIRAKIS, AS INDEPENDENT　　　)
ADMINISTRATOR OF THE ESTATE OF　　　　　)
EMMANUEL PANIGIRAKIS; HELEN　　　　　　)
PANIGIRAKIS, individually; JOSEPH　　　　　)
PANIGIRAKIS; MARIA SOURMELIS; MIKE　　)
EMMANUEL PANIGIRAKIS; GALLO　　　　　　)
CARPET & FLOORING, LLC; PREMIER　　　　)
CARPET SERVICE, INC.; G & N IMPORTS;　　)
AMSCO/VALLEY FORGE; MARANATHA　　　　)
WORLD REVIVAL MINISTRIES;　　　　　　　)
CALIFORNIA FLOOR COVERINGS, INC.;　　　)
ILLINOIS DEPARTMENT OF REVENUE;　　　　)
UNKNOWN CLAIMANTS AGAINST THE　　　　)
ESTATE OF EMMANUEL PANIGIRAKIS,　　　　)
Deceased; UNKNOWN OWNERS; and　　　　　)
NONRECORD CLAIMANTS,　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　　)

Case No. 15 CH 13078

Calendar 56

Subject property:
　　4249 W. Diversey and 4308-4314 W.
　　Diversey, Chicago, IL

## AMENDED VERIFIED COMPLAINT TO FORECLOSE MORTGAGE AND FOR OTHER RELIEF

　　　Plaintiff Byline Bank f/k/a North Community Bank, successor by merger with

Metrobank, successor by merger with Chicago Community Bank ("Plaintiff"), by its attorneys,

Robbins, Salomon & Patt, Ltd., for its Amended Verified Complaint to Foreclose Mortgage and

for Other Relief, states and alleges as follows:

### COUNT I

#### (Mortgage Foreclosure)

　　　1.　　Plaintiff files this Verified Complaint to foreclose the mortgage hereinafter

described (the "Mortgage") pursuant to the Illinois Mortgage Foreclosure Law (735 ILCS

5/15-101 *et seq.* (West 2015)), and joins the following persons as defendants:

HELEN PANIGIRAKIS, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE
    OF EMMANUEL PANIGIRAKIS
HELEN PANIGIRAKIS
JOSEPH PANIGIRAKIS
MARIA SOURMELIS
MIKE EMMANUEL PANIGIRAKIS
GALLO CARPET & FLOORING, LLC
PREMIER CARPET SERVICE, INC.
G & N IMPORTS
AMSCO/VALLEY FORGE
MARANATHA WORLD REVIVAL MINISTRIES
ILLINOIS DEPARTMENT OF REVENUE
UNKNOWN    CLAIMANTS    AGAINST    THE    ESTATE    OF    EMMANUEL
    PANIGIRAKIS, Deceased
UNKNOWN OWNERS
NONRECORD CLAIMANTS.

    2.    Attached hereto as Exhibit A is the promissory note executed and delivered by North Star Trust Company as Trustee under Trust Agreement dated October 6, 2005 and known as Trust No. 05-9012 (the "First Note"), predecessor-in interest to Emmanuel Panigirakis ("Mortgagor"), attached hereto as Exhibit B is the Mortgage granted by North Star Trust Company as Trustee under Trust Agreement dated October 6, 2005 and known as Trust No. 05-9012, Mortgagor's predecessor in interest, to secure repayment of the First Note, attached hereto as Exhibit C is the modification of the Mortgage and First Note granted by Mortgagor in which Mortgagor assumed all of the obligations and liabilities of the Mortgage and Note (the "Modification"), attached hereto as Exhibit D is the final Change in Terms Agreement of the First Note executed and delivered by Mortgagor (the "Final Note"), and attached hereto as Exhibit E is the Assignment of Rents (the "Assignment of Rents") related to the Mortgage and granted as additional security for the First Note, Modification and the Final Note.

    3.    Information concerning Mortgage:

    (A)    Nature of instrument:
            MORTGAGE

    (B)    Date of Mortgage:
            November 1, 2005

(C)   Name of Mortgagor:
      (i) original per Mortgage: NORTH STAR TRUST COMPANY as Trustee under
      Trust Agreement dated October 6, 2005 and known as Trust No. 05-9012
      (ii) current per Modification:  EMMANUEL PANIGIRAKIS, deceased

(D)   Name of Mortgagee:
      CHICAGO COMMUNITY BANK n/k/a BYLINE BANK

(E)   Date and place of recording:
      (i) Mortgage:
            DATE: November 18, 2005
            PLACE:  Recorder of Deeds of Cook County, Illinois
      (ii) Modification:
            DATE:  December 30, 2009
            PLACE:  Recorder of Deeds of Cook County, Illinois

(F)   Identification of recording:
      (i) Mortgage:
            DOCUMENT NO. 0532233134
      (ii) Modification:
            DOCUMENT NO. 0936433024

(G)   Interest subject to the Mortgage:
      FEE SIMPLE

(H)   Amount of original indebtedness and subsequent advances:
      ORIGINAL INDEBTEDNESS:      $2,710,000.00
      SUBSEQUENT ADVANCES:       $1,445,717.30

(I)   Legal descriptions and common addresses of the mortgaged premises:

      PARCEL 1:
      THAT PART OF LOT 14, 20 AND 21 TAKEN TOGETHER AS A SINGLE
      TRACT OF LAND IN OWNERS'S DIVISION OF HEALY INDUSTRIAL
      DISTRICT COMPRISING CERTAIN TRACTS OF LAND IN THE
      SOUTHEAST ¼ OF SECTION 27, TOWNSHIP 40 NORTH, RANGE 13 EAST
      OF THE THIRD PRINCIPAL MERIDIAN, IN  COOK COUNTY, ILLINOIS,
      ACCORDING TO THE PLAT THEREOF RECORDED IN THE RECORDERS
      OFFICE OF SAID COOK COUNTY ON JULY 25, 1925 AS DOCUMENT
      8986164 DESCRIBED AS FOLLOWS: BEGINNING AT THE NORTHWEST
      CORNER OF LOT 21; THENCE SOUTH 0 DEGREES 20 MINUTES AND 44
      SECONDS EAST OF THE WEST LINE OF SAID LOTS 14, 20 AND 21, ALSO
      BEING THE EAST LINE OF NORTH KILDARE AVE., A DISTANCE OF
      239.09 FEET TO THE SOUTHWEST CORNER OF LOT 14; THENCE SOUTH
      90 DEGREES EAST ON THE SOUTH LINE OF SAID LOT 14 A DISTANCE
      OF 247.90 FEET TO A POINT OF CURVE; THENCE EASTERLY ON THE

3

SOUTHERLY LINE OF SAID LOT 14 BEING A CURVED LINE TO THE RIGHT AND HAVING A RADIUS OF 366.26 FEET A DISTANCE OF 98.11 FEET TO THE NORTHEAST CORNER OF A BRICK BUILDING, THE CHORD OF SAID CURVED LINE BEING 97.81 FEET HAVING A BEARING OF SOUTH 82 DEGREES 19 MINUTES 52 SECONDS EAST; THENCE SOUTH 83 DEGREES 00 MINUTES 36 SECONDS EAST A DISTANCE OF 74.62 FEET TO A POINT ON THE NORTHERLY LINE OF SAID LOT 14, SAID POINT BEING 116.77 FEET WESTERLY OF AND AT RIGHT ANGLES TO THE STRAIGHT PORTION OF THE EASTERLY LINE OF SAID LOT 21; THENCE NORTH 20 DEGREES 08 MINUTES 51 SECONDS WEST PARALLEL TO THE SAID EASTERLY LINE OF LOT 21 A DISTANCE OF 146.16 FEET TO A POINT ON A LINE 124.0 FEET SOUTH OF AND PARALLEL TO THE NORTH LINE OF SAID LOT 21; THENCE NORTH 89 DEGREES 59 MINUTES 59 SECONDS WEST A DISTANCE OF 114.76 FEET TO A POINT ON A LINE 254.50 FEET EAST OF AND PARALLEL TO THE WEST LINE OF SAID LOT 21; THENCE NORTH 0 DEGREES 20 MINUTES 44 SECONDS WEST ON THE LAST DESCRIBED LINE A DISTANCE OF 124.0 FEET TO THE NORTH LINE OF SAID LOT 21; THENCE NORTH 89 DEGREES 59 MINUTES 59 SECONDS WEST A DISTANCE OF 254.50 FEET TO THE POINT OF BEGINNING.

PARCEL 1A
EASEMENT FOR THE BENEFIT OF PARCEL 1 FOR INGRESS AND EGRESS AS CREATED BY DOCUMENT RECORDED DECEMBER 30, 1926, AS DOCUMENT 9508465, AS AMENDED BY DOCUMENT RECORDED MAY 23, 1945, AS DOCUMENT 13514049 OVER THE FOLLOWING DESCRIBED PROPERTY:
A STRIP OF LAND 14 FEET 9 INCHES WIDE, LYING EAST OF AND ADJOINING THE NORTH 116 FEET OF THAT PART OF LOT 21 DESCRIBED IN PARCEL 1.

PARCEL 4:
LOTS 20, 21, 22 AND 23 IN BLOCK 3 IN J.E. WHITE'S SUBDIVISION OF THAT PART OF THE SOUTH ½ OF THE SOUTH ½ OF THE NORTHEAST ¼ LYING WEST OF THE CHICAGO, MILWAUKEE AND ST. PAUL RAILROAD, OF SECTION 27, TOWNSHIP 40 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

The mortgaged premises (which is not "residential real estate" as such term is defined in 735 ILCS 5/15-1219 (West 2015) because it is commercial property and Mortgagor does/did not reside there) is located at 4249 W. Diversey and 4308-4314 W. Diversey, Chicago, IL and has the permanent index numbers of 13-27-225-035-0000; 13-27-225-036-0000; 13-27-225-037-0000; 13-27-225-038-0000 and 13-27-402-046-0000

(J)   Statement as to default and amount due as of August 31, 2015:

1.   BASIS OF DEFAULT
   The Final Note and Mortgage are in default because of (1) the death of the
Mortgagor Emmanuel Panigirakis; and (2) because the indebtedness has not been paid in
full since the Final Note was accelerated on March 9, 2015 after of the death of the
Mortgagor.

2.   AMOUNT OF DEFAULT

| | | | |
|---|---|---|---|
| a. | Date of Default:  February 4, 2015 | | |
| b. | Current Unpaid Principal Balance: | $ | 2,796,590.85 |
| c. | Interest through 8/31/15: | $ | 50,485.81 |
| d. | Default Interest through 8/31/15: | $ | 81,482.79 |
| e. | Robbins, Salomon & Patt, Ltd. Legal Fees | $ | 4,625.00 |
| f. | Cendrowski Legal Fees | $ | 506.25 |
| g. | File Closing Fee: | $ | 200.00 |
| h. | Escrow Balance: | $ | (2,057.24) |
| i. | Late Fees Assessed: | $ | 11,944.52 |
| j. | Total Amount Due as of 8/31/15: | $ | 2,943,777.98 |
| | (Excluding litigation-related attorneys' fees, costs and expenses): | | |
| k. | Per Diem Thereafter: $796.84 ($407.84 for regular per diem interest and $388.41 for default interest) | | |

(K)   Names of present owners of the real estate:
   THE ESTATE OF EMMANUEL PANIGIRAKIS, Deceased
   HELEN PANIGIRAKIS, not individually, but as THE INDEPENDENT
   ADMINISTRATOR OF THE ESTATE OF EMMANUEL PANIGIRAKIS, in
   Cook County Probate Case No. 15 P 3109

(L)   Names of all other persons who are joined as defendants and whose interest in, or
   lien on, the mortgaged real estate is sought to be terminated:

   HELEN PANIGIRAKIS, AS INDEPENDENT ADMINISTRATOR OF THE
      ESTATE OF EMMANUEL PANIGIRAKIS
   HELEN PANIGIRAKIS
   JOSEPH PANIGIRAKIS
   MARIA SOURMELIS
   MIKE EMMANUEL PANIGIRAKIS
   GALLO CARPET & FLOORING, LLC
   PREMIER CARPET SERVICE, INC.
   G & N IMPORTS
   AMSCO/VALLEY FORGE
   MARANATHA WORLD REVIVAL MINISTRIES
   ILLINOIS DEPARTMENT OF REVENUE

5

UNKNOWN CLAIMANTS AGAINST THE ESTATE OF EMMANUEL
    PANIGIRAKIS, Deceased
UNKNOWN OWNERS
NONRECORD CLAIMANTS.

(M)    Names of defendants claimed to be personally liable for deficiency:
THE ESTATE OF EMMANUEL PANIGIRAKIS, Deceased, by HELEN
PANIGIRAKIS, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE
OF EMMANUEL PANIGIRAKIS

(N)    Capacity in which Plaintiff brings this foreclosure:
PLAINTIFF BYLINE BANK F/K/A NORTH COMMUNITY BANK, IS THE
SUCCESSOR BY MERGER WITH METROBANK, SUCCESSOR BY
MERGER WITH MORTGAGEE CHICAGO COMMUNITY BANK.
PLAINTIFF BRINGS THIS FORECLOSURE ACTION IN ITS CAPACITY AS
THE LEGAL OWNER AND HOLDER OF THE NOTE (which includes the
FIRST NOTE, MODIFICATION AND FINAL NOTE) SECURED BY THE
MORTGAGE SOUGHT TO BE FORECLOSED.

(O)    Facts in support of shortened redemption period:
N/A

(P)    Statement that the right of redemption has been waived by all owners of
redemption, if applicable: THE MORTGAGE (P. 7, ¶ 11) CONTAINS THE
FOLLOWING PROVISION:

"The Mortgagor, on behalf of it and each and every person claiming by, through,
or under it, hereby waives any and all rights of redemption, statutory or otherwise,
without prejudice to [Plaintiff's] right to any remedy, legal or equitable, which
[Plaintiff] may pursue to enforce payment or to affect collection of all or any part
of the indebtedness secured by this Mortgage, and without prejudice to
[Plaintiff's] right to a deficiency judgment or any other appropriate relief in the
event of foreclosure of this Mortgage."

(Q)    Facts in support of request for attorneys' fees, costs and expenses, if applicable:
PURSUANT TO THE FINAL NOTE (p. 2) AND THE MORTGAGE (p.10),
MORTGAGOR (P. 6, ¶ 4) OBLIGATED HIMSELF TO PAY REASONABLE
ATTORNEYS' FEES, COSTS AND EXPENSES THAT PLAINTIFF HAS
EXPENDED, AND WILL CONTINUE TO EXPEND, IN THE PROSECUTION
OF THIS FORECLOSURE ACTION.

(R)    Facts in support of request for appointment of mortgagee in possession:
PLAINTIFF REQUESTS APPOINTMENT OF A MORTGAGEE IN
POSSESSION/RECEIVER BASED UPON (i) THE FOLLOWING PROVISION
IN THE MORTGAGE (P. 6, ¶ 2):

"Upon any such default, the [Plaintiff] shall become the owner of all of the rents and profits accruing after default as security for the indebtedness secured hereby, with the right to enter upon said property for the purpose of collecting such rents and profits, pursuant to the terms of a separate instrument of even date entitled Assignment of Leases and Rents executed by Mortgagor."

AND (ii) THE FOLLOWING PROVISION IN THE ASSIGNMENT OF RENTS (P. 2):

[Mortgagor]… "transfers, sells, assigns and sets over unto [Plaintiff] …, for the use and benefit of the holder or holders and owner or owners of the Note executed and delivered by [Mortgagor], secured by a certain Mortgage made by [Mortgagor] to [Plaintiff], dated November 1, 2005, and recorded in the Office of the Recorder of Deeds of Cook County, Illinois, and other collateral, any and all leases now in effect or that become in effect in the future, and all the rents, issues and profits now due or which may hereafter become due under any and by virtue of any lease, whether written or oral, or by virtue of any agreement for the use or occupancy of any part of said premises, heretofore made or entered into by the undersigned or which shall hereafter be made or entered into by said [Plaintiff] under the power hereby granted, and all the rents, issues and profits now due or which may hereafter become due through the use and occupancy of any part of said premises in the absence of any agreement, either written or oral, in respect thereto, and does hereby irrevocably appoint said [Plaintiff] as true and lawful agent in his name and stead to collect all of said rents, issues and profits now due or which shall hereafter become due under the leases or agreements, written or oral, existing or which may hereafter exist for said premises, or any portion thereof; to use such measures, legal or equitable, as may be deemed proper or necessary to enforce the payment of such rents, issues or profits; to secure and maintain possession of said premises and to operate and manage said premises through such agent or agents as [Plaintiff] may designate; to rent, lease or let all or any portion of said premises to any party or parties at such rental and upon such terms as the said [Plaintiff] shall in its discretion determine, all without notice at any time hereafter to the [Mortgagor], its successors and assigns."

(S)   Offer to mortgagors in accordance with Section 15-1402 to accept title to the real estate in satisfaction of all indebtedness and obligations secured by the mortgage without judicial sale, if sought:  N/A

(T)   Names of defendants whose right to possess the mortgaged real estate, after the confirmation of a foreclosure sale, is sought to be terminated and, if not elsewhere stated, the facts in support thereof:

HELEN PANIGIRAKIS, AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF EMMANUEL PANIGIRAKIS (Mortgagor/Owner/Independent

Administrator of appointed Estate of Emmanuel Panigirakis in Court of Cook
County Case No. 15 P 3109)
HELEN PANIGIRAKIS (Heir of the Estate of Emmanuel Panigirakis)
JOSEPH PANIGIRAKIS (Heir of the Estate of Emmanuel Panigirakis)
MARIA SOURMELIS (Heir of the Estate of Emmanuel Panigirakis)
MIKE EMMANUEL PANIGIRAKIS (Heir of the Estate of Emmanuel
Panigirakis)
GALLO CARPET & FLOORING, LLC (Upon information and belief,
tenant/occupier)
PREMIER CARPET SERVICE, INC. (Upon information and belief,
tenant/occupier)
G & N IMPORTS (Upon information and belief, tenant/occupier)
AMSCO/VALLEY FORGE (Upon information and belief, tenant/occupier)
MARANATHA WORLD REVIVAL MINISTRIES (Upon information and
belief, tenant/occupier)
ILLINOIS DEPARTMENT OF REVENUE (Putative lien claimant by virtue of
the instrument recorded with the Recorder of Deeds of Cook County Illinois on
September 1, 2015 as document no. 1527739064)
UNKNOWN CLAIMANTS AGAINST THE ESTATE OF EMMANUEL
PANIGIRAKIS
UNKNOWN OWNERS
NONRECORD CLAIMANTS.

(U)    Plaintiff also requests foreclosure of the security interest granted in the Mortgage
(P. 2, ) in the following property: all buildings, all fixtures including but not
limited to all plumbing, hearing, lighting, ventilating, refrigerating, incinerating,
air conditioning apparatus, and elevators (the Mortgagor hereby declaring that it is
intended that the items herein enumerated shall be deemed to have been
permanently installed as part of the realty), and all improvements now or hereafter
existing thereon; the hereditaments and appurtenances and all other rights
thereunto belonging, or in anywise appertaining, and the reversion and reversions,
remainder and remainders, all rights of redemption, and the rents, issues and
profits of the above-described property.

WHEREFORE, Plaintiff Byline Bank f/k/a North Community Bank, successor by merger

with Metrobank, successor by merger with Chicago Community Bank, prays that this Court enter

an order granting:

A.    A judgment of foreclosure and sale;

B.    A personal judgment for deficiency;

C.    Immediate possession of the mortgaged premises and installment of a receiver;

8

D.    A judgment for attorneys' fees, costs, and expenses;

E.    An order allowing any further expenses paid by Plaintiff pursuant to Section 15-1505 of the Illinois Mortgage Foreclosure Law, the Mortgage, the Final Note and/or other loan documents;

F.    An order appointing The Judicial Sales Corporation as selling officer; and

G.    Awarding such other and further relief as this Court deems reasonable and just.

## COUNT II

### (Breach of Guaranty – California Floor Coverings, Inc.)

1-3.    Plaintiff realleges and incorporates herein by reference Paragraphs 1 through 3 of Count I of this Verified Complaint as Paragraphs 1 through 3 of this Count II as if fully set forth herein.

4.    Defendant California Floor Coverings, Inc. ("Guarantor"), is, an Illinois corporation, which, upon information and belief, maintains an office and transacts business in Cook County, Illinois.

5.    Upon information and belief, Mortgagor, prior to his death, was the president of Guarantor.

6.    Contemporaneously with the execution of the First Note (Exhibit A) and Mortgage (Exhibit B), Guarantor executed and delivered a written unlimited commercial guaranty to Plaintiff (the "Guaranty"), a true and correct copy of which is attached hereto as Exhibit F, wherein it unconditionally and continually guaranteed the duties and obligations of Mortgagor's predecessor-in-interest, North Star Trust Company as Trustee under Trust Agreement dated October 6, 2005 and known as Trust No. 05-9012 ("North Star"), as well as Mortgagor, thereunder to Plaintiff.  (Exhibit F, P. 1, ¶1(c),(d); P. 2-3, ¶ 2)

9

7.    Pursuant to the Modification (Exhibit D) and Final Note (Exhibit E), Mortgagor assumed all of the obligations and liabilities of North Star under the Mortgage and First Note.

8.    Pursuant to the Guaranty, Guarantor agreed that its unconditional guaranty of North Star's obligations to Plaintiff was continuing and extended to the indebtedness of any person, other than North Star, who was or thereafter became liable for payment or performance of all or any part of North Star's obligations; and thus extends to Mortgagor's obligations to Plaintiff. (Exhibit F, P. 1, ¶1(d))

9.    The Guaranty guaranties the obligations of Mortgagor under the First Note, Mortgage, Modification and Final Note.  (Exhibit F, PP. 1-3).

10.    Pursuant to the Guaranty, Guarantor agreed that its unconditional guaranty was continuing and extended to any indebtedness owed to Plaintiff by Mortgagor, now existing or hereafter arising or acquired on an open and continuing basis.  In pertinent part, the Guaranty provided:

> "Obligations" means all indebtedness, obligations, and liabilities of [Mortgagor] to [Plaintiff] of every kind and description, direct or indirect, secured or unsecured, joint or several, absolute or contingent, due or to become due, whether for payment or performance, now existing or hereafter arising, regardless of how the same arise or by what instrument, agreement or book account they may be evidenced, or whether evidenced by any instrument, agreement, or book account; including without limitation, all loans (including any loan by renewal or extension), all indebtedness, all undertakings to take or refrain from taking any action, all indebtedness, liabilities, or obligations owing from [Mortgagor] to others which [Plaintiff] may have obtained by purchase, negotiation, discount, assignment or otherwise and all interest, taxes, fees, charges, expenses and attorneys' fees chargeable to [Mortgagor] or incurred by [Plaintiff] in connection with any transaction between [Mortgagor] and [Plaintiff].

***

> The undersigned, hereby absolutely and unconditionally guarantees to [Plaintiff]: (i) the punctual payment, at [Plaintiff's] address, as and when due (whether by acceleration or otherwise) of all Obligations requiring payment; and (ii) performance by [Mortgagor], as and when required, of all Obligations requiring performance.

(Guaranty, P.1, ¶ 1(c); P. 2-3, ¶ 2)

11.     Plaintiff has performed all of its duties, obligations and conditions precedent required under the First Note, Mortgage, Modification, Final Note and Guaranty, which have never been assigned, transferred or hypothecated to, or otherwise lawfully seized by, any person or entity.

12.     Guarantor is in default pursuant to the Guaranty since Mortgagor is in default under the Final Note and Mortgage because of (a) the death of the Mortgagor Emmanuel Panigirakis on February 4, 2015 (Exhibit E, p. 1; Exhibit B, p. 6, ¶ 2); and (b) because the indebtedness has not been paid in full since the Final Note was accelerated on March 9, 2015 after the death of the Mortgagor (Exhibit E, p. 2; Exhibit B, p. 6, p. 2).

13.     Plaintiff has been damaged by Guarantor's default on the Guaranty in the amount of at least $2,943,777.98, which is comprised of the amount owed on the Final Note.

14.     As of August 31, 2015, the total outstanding balance due to Plaintiff pursuant to the Final Note and Guaranty (exclusive of attorneys' fees, costs and expenses incurred relating to this litigation) is $2,943,777.98 consisting of:

| | | | |
|---|---|---|---:|
| a. | Date of Default: February 4, 2015 | | |
| b. | Current Unpaid Principal Balance: | $ | 2,796,590.85 |
| c. | Interest through 8/31/15: | $ | 50,485.81 |
| d. | Default Interest through 8/31/15: | $ | 81,482.79 |
| e. | Robbins, Salomon & Patt, Ltd. Legal Fees | $ | 4,625.00 |
| f. | Cendrowski Legal Fees | $ | 506.25 |
| g. | File Closing Fee: | $ | 200.00 |
| h. | Escrow Balance: | $ | (2,057.24) |
| i. | Late Fees Assessed: | $ | 11,944.52 |

11

j.   Total Amount Due as of 8/31/15:                        $       2,943,777.98
(Excluding litigation-related attorneys' fees, costs and
expenses):

15.    Prejudgment interest, regular and default, continues to accrue pursuant to the

Final Note, Mortgage and Guaranty in the amount of $796.84 per day ($407.84 for regular per

diem interest and $388.41 for default interest) for every day after August 31, 2015.

16.    Additionally, Guarantor is obligated pursuant to the express terms of the Guaranty

(Exhibit F, P. 6, ¶ 7(h)) to pay reasonable attorneys' fees, costs and expenses incurred by

Plaintiff enforcing the Guaranty and collecting amounts due thereunder.

WHEREFORE, Plaintiff Byline Bank f/k/a North Community Bank, successor by merger

with Metrobank, successor by merger with Chicago Community Bank, prays that this Court enter

judgment in its favor and against defendant California Floor Coverings, Inc., in the amount of

$2,943,777.98, plus costs, contractual attorneys' fees and additional prejudgment interest at the

rate of $796.84 per day for every day after August 31, 2015 through the entry of judgment, and

for such other and further relief as this Court deems reasonable and just.

Respectfully submitted,

BYLINE BANK f/k/a North Community
Bank, successor by merger with Metrobank,
successor by merger with Chicago Community
Bank,

By: _____
One of its Attorneys

Diana H. Psarras
ROBBINS, SALOMON & PATT, LTD.
Attorneys for Plaintiff
180 North LaSalle Street, Suite 3000
Chicago, IL 60601
Phone: (312) 782-9000
Fax: (312) 782-6690
dpsarras@rsplaw.com
Firm I.D. 80919

12

## VERIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Amended Verified Complaint to Foreclose Mortgage and for Other Relief are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true to the best of his knowledge and belief.

Steven Kieffer, Vice President, SAG Team Leader,
Byline Bank

# EXHIBITS OMITTED

# DUE TO VOLUME

# EXHIBIT C

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Mike Panigirakis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|  | | Unsecured claim |
|---|---|---|

**1**

**Byline Bank**
c/o Robbins Salomon & Patt Ltd.
180 N. LaSalle St. #3300
Chicago, IL 60601

_____

_____
Contact

_____
Contact phone

What is the nature of the claim?    4249 W. Diversey Ave.    $ Unknown
Chicago, IL 60639
Cook County

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?
☐    No
■    Yes. Total claim (secured and unsecured)    $ **Unknown**
                          Value of security:    - $ **Unknown**
                          Unsecured claim    $ **Unknown**

**2**

**Byline Bank**
c/o Robbins Salomon & Patt Ltd.
180 N. LaSalle St. #3300
Chicago, IL 60601

What is the nature of the claim?    4308-4314 W. Diversey    $ Unknown
Chicago, IL 60639
Cook County

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

Does the creditor have a lien on your property?

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Mike Panigirakis** _____    Case number *(if known)* _____

| | |
|---|---|
| ☐ No | |
| ■ Yes. Total claim (secured and unsecured) | $ **Unknown** |
| Value of security: | - $ **Unknown** |
| Unsecured claim | $ **Unknown** |

---

**3**

**Byline Bank**
**c/o Robbins Salomon & Patt Ltd.**
**180 N. LaSalle St. #3300**
**Chicago, IL 60601**

Contact _____

Contact phone _____

**What is the nature of the claim?**    **4308 W. Diversey**    $ **Unknown**
**Chicago, IL 60639**
**Cook County**
**vacant lot**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **Unknown**
Value of security:    - $ **$50,000.00**
Unsecured claim    $ **Unknown**

---

**4**

**Byline Bank**
**c/o Robbins Salomon & Patt Ltd.**
**180 N. LaSalle St. #3300**
**Chicago, IL 60601**

Contact _____

Contact phone _____

**What is the nature of the claim?**    **4310 W. Diversey**    $ **Unknown**
**Chicago, IL 60639**
**Cook County**
**vacant lot**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **Unknown**
Value of security:    - $ **$50,000.00**
Unsecured claim    $ **Unknown**

---

**5**

**Byline Bank**
**c/o Robbins Salomon & Patt Ltd.**
**180 N. LaSalle St. #3300**
**Chicago, IL 60601**

**What is the nature of the claim?**    **4312 W. Diversey**    $ **Unknown**
**Chicago, IL 60639**
**Cook County**
**vacant lot**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Mike Panigirakis**    Case number *(if known)*

| | | |
|---|---|---|
| Contact | ■ Yes. Total claim (secured and unsecured) | $ **Unknown** |
| | Value of security: | - $ **$50,000.00** |
| Contact phone | Unsecured claim | $ **Unknown** |

---

| 6 | **Capital One Bank ( USA ) N.A.** | What is the nature of the claim? | $ **$4,909.00** |

**Capital One Bank ( USA ) N.A.**
**Bankruptcy Notices**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ ___
Contact                                Value of security:    - $ ___
Contact phone                          Unsecured claim    $ ___

---

| 7 | | What is the nature of the claim? | 2701-2755 N. California Chicago, IL 60647 Cook County | $ Unknown |

**Cook County Treasurer**
**118 N. Clark St., Suite 112☐**
**Chicago, IL 60602**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$31,218.70**
Contact                                Value of security:    - $ **Unknown**
Contact phone                          Unsecured claim    $ **Unknown**

---

| 8 | | What is the nature of the claim? | 4249 W. Diversey Ave. Chicago, IL 60639 Cook County | $ Unknown |

**Frontline Real Estate Partners**
**LLC**
**707 Skokie Blvd.**
**Northbrook, IL 60062**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $ **Unknown**
Contact                                Value of security:    - $ **Unknown**
Contact phone                          Unsecured claim    $ **Unknown**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Mike Panigirakis**                                    Case number (if known) _____

---

| **9** |  | What is the nature of the claim? | 2701-2755 N. California Chicago, IL 60647  Cook County | $ Unknown |

**High Ridge Partners**
**140 S. Dearborn St. #420**
**Chicago, IL 60603**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **Unknown**
  - Value of security:                      - $ **Unknown**
  - Unsecured claim                          $ **Unknown**

Contact _____

Contact phone _____

---

| **10** |  | What is the nature of the claim? | 2901-2913 N Pulaski Road Chicago, IL 60641  Cook County | $ Unknown |

**MB Financial Bank NA**
**c/o Shaw Fishman Glantz**
**Towbin**
**321 N. Clark #800**
**Chicago, IL 60654**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **Unknown**
  - Value of security:                      - $ **Unknown**
  - Unsecured claim                          $ **Unknown**

Contact _____

Contact phone _____

---

| **11** |  | What is the nature of the claim? | 2701-2755 N. California Chicago, IL 60647  Cook County | $ Unknown |

**MB Financial Bank NA**
**c/o Shaw Fishman Glantz**
**Towbin**
**321 N. Clark #800**
**Chicago, IL 60654**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **Unknown**
  - Value of security:                      - $ **Unknown**
  - Unsecured claim                          $ **Unknown**

Contact _____

Contact phone _____

---

| **12** |  | What is the nature of the claim? |  | $ $962.00 |

**Nordstrom Bank Co. Service Ctr.**
**PO Box 6555**
**Englewood, CO 80155-6555**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 4

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Mike Panigirakis**                                    Case number *(if known)* _____

|  |  |
|---|---|
| ☐ | Unliquidated |
| ☐ | Disputed |
| ■ | None of the above apply |

**Does the creditor have a lien on your property?**

| | |
|---|---|
| ■ | No |
| ☐ | Yes. Total claim (secured and unsecured)    $ _____ |
| | Value of security:    - $ _____ |
| | Unsecured claim    $ _____ |

Contact _____

Contact phone _____

---

| 13 | | |
|---|---|---|

**Selco Industries**

**What is the nature of the claim?**    2701-2755 N. California, Chicago, IL 60647    $ **$25,975.00**

**As of the date you file, the claim is:** Check all that apply

| | |
|---|---|
| ■ | Contingent |
| ☐ | Unliquidated |
| ■ | Disputed |
| ☐ | None of the above apply |

**Does the creditor have a lien on your property?**

| | |
|---|---|
| ☐ | No |
| ■ | Yes. Total claim (secured and unsecured)    $ **$25,975.00** |
| | Value of security:    - $ **$0.00** |
| | Unsecured claim    $ **$25,975.00** |

Contact _____

Contact phone _____

---

| 14 | | |
|---|---|---|

**Selco Industries**

**What is the nature of the claim?**    2701-2755 N. California Chicago, IL 60647  Cook County    $ **Unknown**

**As of the date you file, the claim is:** Check all that apply

| | |
|---|---|
| ■ | Contingent |
| ☐ | Unliquidated |
| ■ | Disputed |
| ☐ | None of the above apply |

**Does the creditor have a lien on your property?**

| | |
|---|---|
| ☐ | No |
| ■ | Yes. Total claim (secured and unsecured)    $ **$73,773.50** |
| | Value of security:    - $ **Unknown** |
| | Unsecured claim    $ **Unknown** |

Contact _____

Contact phone _____

---

| 15 | | |
|---|---|---|

**US Bank Bankruptcy Dept.**
**P.O. Box 5229**
**Cincinnati, OH 45201**

**What is the nature of the claim?**    6435 Tower Ct. Lincolnwood, IL 60712  Cook County    $ **Unknown**

**As of the date you file, the claim is:** Check all that apply

| | |
|---|---|
| ☐ | Contingent |
| ☐ | Unliquidated |
| ☐ | Disputed |
| ■ | None of the above apply |

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Mike Panigirakis** _____    Case number *(if known)* _____

| | | |
|---|---|---|
| | **Does the creditor have a lien on your property?** | |
| Contact | ☐ No | |
| | ☒ Yes. Total claim (secured and unsecured) | $ **$375,000.00** |
| | Value of security: | - $ **Unknown** |
| Contact phone | Unsecured claim | $ **Unknown** |

---

**16**

**US Bank Bankruptcy Dept.**
**P.O. Box 5229**
**Cincinnati, OH 45201**

What is the nature of the claim?    **6559 W. George St.,**    $ **$60,000.00**
**Unit 403 Chicago, IL**
**60634  Cook County**

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

Contact    ☒ Yes. Total claim (secured and unsecured)    $ **$160,000.00**

Value of security:    - $ **$100,000.00**

Contact phone    Unsecured claim    $ **$60,000.00**

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Mike Panigirakis** _____    X  _____
   **Mike Panigirakis**    Signature of Debtor 2
   Signature of Debtor 1

Date    **December  1, 2015** _____    Date  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Mike Panigirakis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B..................................................................... | $ 800,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................................. | $ 2,010.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................................... | $ 802,010.00 |

### Part 2:   Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 665,967.20 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | $ 5,871.00 |
| | **Your total liabilities** | $ 671,838.20 |

### Part 3:   Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ 1,833.34 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*....................................................................... | $ 1,950.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

# EXHIBIT D

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Mike Panigirakis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

1.1

**2701-2755 N. California**
Street address, if available, or other description

**Chicago**      **IL**      **60647-0000**
City                State       ZIP Code

**Cook**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other      **commercial**

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**Unknown**                         **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Future interest**

☐ Check if this is community property (see instructions)

---

Debtor 1    **Mike Panigirakis**                                                    Case number *(if known)* _____

### If you own or have more than one, list here:

**1.2**

**4249 W. Diversey Ave.**
_____
Street address, if available, or other description

**Chicago**        **IL**    **60639-0000**
City            State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **commercial**

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**Unknown**                **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Future interest**

☐ **Check if this is community property** (see instructions)

---

### If you own or have more than one, list here:

**1.3**

**4308-4314 W. Diversey**
_____
Street address, if available, or other description

**Chicago**        **IL**    **60639-0000**
City            State    ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **commercial**

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
**Unknown**                **Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Future interest**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Mike Panigirakis**                                          Case number *(if known)* _____

### 1.4 If you own or have more than one, list here:

**6435 Tower Ct.**
_____
Street address, if available, or other description

**Lincolnwood**      **IL**      **60712-0000**
City                 State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply.

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**Unknown**                                  **Unknown**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial interest in Trust 8002365677**

☐ **Check if this is community property** (see instructions)

---

### 1.5 If you own or have more than one, list here:

**6559 W. George St., Unit 403**
_____
Street address, if available, or other description

**Chicago**      **IL**      **60634-0000**
City             State       ZIP Code

**Cook**
_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$100,000.00**                              **$100,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial interest in Trust 8002365677**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Mike Panigirakis**                                              Case number *(if known)*

| 1.6 | **If you own or have more than one, list here:** | | |
|---|---|---|---|

**6559 W. George St., Unit 417**
<span style="font-size:smaller">Street address, if available, or other description</span>

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Chicago**       **IL**       **60634-0000**
<span style="font-size:smaller">City          State        ZIP Code</span>

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **$100,000.00**
**Current value of the portion you own?**  **$100,000.00**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Cook**
<span style="font-size:smaller">County</span>

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial interest in Trust 8002365677**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:    **under contract for sale**

---

| 1.7 | **If you own or have more than one, list here:** | | |
|---|---|---|---|

**6559 W. George St., Unit 503**
<span style="font-size:smaller">Street address, if available, or other description</span>

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Chicago**       **IL**       **60634-0000**
<span style="font-size:smaller">City          State        ZIP Code</span>

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **$100,000.00**
**Current value of the portion you own?**  **$100,000.00**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Cook**
<span style="font-size:smaller">County</span>

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial interest in Trust 8002365677**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:    **under contract for sale**

---

Debtor 1    **Mike Panigirakis**                                                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.8

**6559 W. George St., Unit 517**
Street address, if available, or other description

| | |
|---|---|
| City | Chicago |
| State | IL |
| ZIP Code | 60634-0000 |

County    **Cook**

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **under contract for sale**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Beneficial interest in Trust 8002365677**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.9

**4316 W. Diversey**
Street address, if available, or other description

| | |
|---|---|
| City | Chicago |
| State | IL |
| ZIP Code | 60639-0000 |

County    **Cook**

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $50,000.00 | $50,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Beneficial interest in Trust 8002365677**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Mike Panigirakis**                                                                              Case number *(if known)*

**If you own or have more than one, list here:**

1.1
0

| | |
|---|---|
| **4318 W. Diversey** | **What is the property?** Check all that apply. |
| Street address, if available, or other description | ☐ Single-family home |
| | ☐ Duplex or multi-unit building |
| | ☐ Condominium or cooperative |
| | ☐ Manufactured or mobile home |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Chicago** | **IL** | **60639-0000** |
|---|---|---|
| City | State | ZIP Code |

■ Land

☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**
$50,000.00

**Current value of the portion you own?**
$50,000.00

**Who has an interest in the property?** Check one.

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial Interest in Trust 8002365677**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Cook**
County

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

---

**If you own or have more than one, list here:**

1.1
1

| | |
|---|---|
| **4322 W. Diversey** | **What is the property?** Check all that apply. |
| Street address, if available, or other description | ☐ Single-family home |
| | ☐ Duplex or multi-unit building |
| | ☐ Condominium or cooperative |
| | ☐ Manufactured or mobile home |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Chicago** | **IL** | **60639-0000** |
|---|---|---|
| City | State | ZIP Code |

■ Land

☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**
$50,000.00

**Current value of the portion you own?**
$50,000.00

**Who has an interest in the property?** Check one.

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Beneficial Interest in Trust 8002365677**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Cook**
County

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

---

Debtor 1    **Mike Panigirakis**                                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.1
2

| | |
|---|---|
| **4324 W. Diversey** | |
| Street address, if available, or other description | |

| | | | |
|---|---|---|---|
| **Chicago** | **IL** | **60639-0000** | |
| City | State | ZIP Code | |

**Cook**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        **$50,000.00**

Current value of the portion you own?        **$50,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Beneficial Interest in Trust
8002365677**

☐ Check if this is community property (see instructions)

---

**If you own or have more than one, list here:**

1.1
3

| | |
|---|---|
| **2901-2913 N Pulaski Road** | |
| Street address, if available, or other description | |

| | | | |
|---|---|---|---|
| **Chicago** | **IL** | **60641-0000** | |
| City | State | ZIP Code | |

**Cook**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **commercial**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?        **Unknown**

Current value of the portion you own?        **Unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Future Interest**

☐ Check if this is community property (see instructions)

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **Mike Panigirakis** _____    Case number *(if known)* _____

**1.1 4**    **If you own or have more than one, list here:**

**4308 W. Diversey**
Street address, if available, or other description

| | |
|---|---|
| **Chicago** | **IL** | **60639-0000** |
| City | State | ZIP Code |

**Cook**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **$50,000.00**

**Current value of the portion you own?**    **$50,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Future interest**

☐ **Check if this is community property** (see instructions)

---

**1.1 5**    **If you own or have more than one, list here:**

**4310 W. Diversey**
Street address, if available, or other description

| | |
|---|---|
| **Chicago** | **IL** | **60639-0000** |
| City | State | ZIP Code |

**Cook**
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **$50,000.00**

**Current value of the portion you own?**    **$50,000.00**

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Future interest**

☐ **Check if this is community property** (see instructions)

Debtor 1    **Mike Panigirakis**                                              Case number *(if known)*

**If you own or have more than one, list here:**

1.1 6

**4312 W. Diversey**
Street address, if available, or other description

**Chicago**          **IL**     **60639-0000**
City              State      ZIP Code

**Cook**
County

**What is the property? Check all that apply.**

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**
        **$50,000.00**                **$50,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Future Interest**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.1 7

**4314 W. Diversey**
Street address, if available, or other description

**Chicago**          **IL**     **60639-0000**
City              State      ZIP Code

**Cook**
County

**What is the property? Check all that apply.**

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **vacant lot**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**            **Current value of the portion you own?**
        **$50,000.00**                **$50,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Future Interest**

☐ **Check if this is community property** (see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>     **$800,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Debtor 1    **Mike Panigirakis**                                                    Case number *(if known)*

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
you have attached for Part 2. Write that number here..............................................................................=>    | $0.00 |

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
■ No
☐ Yes. Describe.....

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| 1 tv | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| **Remington 870 Tactical** | $400.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| **Location: 6435 Tower Court, Lincolnwood IL 60712** | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                                    page 10

Debtor 1    **Mike Panigirakis**                                   Case number *(if known)* _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ......................................................................

|  |
|---|
| **$1,900.00** |

---

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes.................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes.........................

| | Institution name: | |
|---|---|---|
| 17.1. | **Chase checking account** | **$100.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes.................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ■ No
- ☐ Yes.  Give specific information about them...................
Name of entity:                               % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ■ No
- ☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ■ No
- ☐ Yes. List each account separately.
Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ■ No
- ☐ Yes. ....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                    Schedule A/B: Property                    page 11

Debtor 1    **Mike Panigirakis**                                                    Case number (if known) _____

■ No
□ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
□ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
□ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
□ Yes. Give specific information about them...

**Money or property owed to you?**                                    **Current value of the portion you own?**
                                                                        Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
□ Yes. Give specific information about them, including whether you already filed the returns and the tax years....... _____

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
□ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
□ Yes. Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
□ Yes. Name the insurance company of each policy and list its value.
         Company name:                           Beneficiary:                  Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
□ No
■ Yes. Give specific information..

| Estate of Emmanuel Panigirakis |  | Unknown |
|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
□ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
□ Yes. Describe each claim.........

Official Form 106A/B                    Schedule A/B: Property                              page 12

Debtor 1    **Mike Panigirakis**                                                    Case number *(if known)*

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.............................................................................. | $100.00 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**
- ☐ No
- ■ Yes. Describe.....

| Rent owed by PF California LLC. |   Unknown |

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes. Describe.....

| School supplies |   $10.00 |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes. Describe.....

**41. Inventory**
- ■ No
- ☐ Yes. Describe.....

**42. Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them....................
  Name of entity:                          % of ownership:

**43. Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

  - ■ No
  - ☐ Yes. Describe.....

**44. Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

Official Form 106A/B                     Schedule A/B: Property                          page 13

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Mike Panigirakis**                                                     Case number *(if known)*

---

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**......................................................................    | $10.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☐ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................    | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** .................................................................................. | | $800,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $1,900.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $100.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $10.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61...** | $2,010.00 | Copy personal property total | $2,010.00 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | $802,010.00 |

# EXHIBIT E

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | **15-40921** |
| | ) | **Chapter 11** |
| Mike Panigirakis | ) | |
| Debtor | ) | **Judge Cox** |
| | ) | |
| | ) | |
| | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Byline Bank f/k/a North Community Bank, successor by merger with Mertrobank, successor by merger with Chicago Community Bank ("Byline"), seeking an order modifying the automatic stay herein for cause, due notice having been given, no objections having been filed or if filed, overruled, and the Court being fully advised in the Premises:

**IT IS HEREBY ORDERED:**

1. The motion is granted;

2. The automatic stay herein be, and the same hereby is modified to allow Byline Bank to resume and complete its pending foreclosure case in the Circuit Court of Cook County, Illinois, entitled:

> "Helen Panigirakis, as Independent Administrator of the Estate of Emmanuel Panigirakis; Helen Panigirakis, individually; Joseph Panigirakis; Maria Sourmelis; Mike Emmanuel Panigirakis; Gallo Carpet & Flooring, LLC; Premier Carpet Service, Inc.; G & N Imports; Amsco/Valley Forge; Maranatha World Revival Ministries; California Floor Coverings, Inc.; Illinois Department Of Revenue; Unknown Claimants Against The Estate Of Emmanuel Panigirakis, Deceased; Unknown Owners; and Nonrecord Claimants", Case No. 15CH13078;

3. No deficiency judgment shall be entered against the Debtor, Mike Pangirakis.

11R6659

Dated:_____

                    **ENTER:**


                    **BY:** _____
                    **JACQUELINE P. COX, BANKRUPTCY JUDGE**


Order prepared by:
Richard H. Fimoff (#804886)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street, Suite 3300
Chicago IL  60601
312-456-0185
rfimoff@rsplaw.com